McGowan, Respondent, vs. Beierle and wife, Appellants.

For the appellants: *George J. Graebner,* attorney, and *Wallace H. Hahn,* of counsel, both of Milwaukee.

For the respondent: *Kleczka & Kleczka* of Milwaukee.

*By the Court.*—Judgment affirmed.

First Realty & Investment Company, Respondent, vs. Scowley and others, Defendants, and Feller and another, Appellants.

For the appellants: *Bradford & Bradford* of Appleton.

For the respondent: *Joseph W. Le Fevre* of Kaukauna.

*By the Court.*—Judgment affirmed.